IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL EUGENE OWENS,** | : | CIVIL ACTION NO. 1:23-CV-105 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **(PMDBA) PA MINORITY BUSINESS DEVELOPMENT AUTHORITY OF THE COMMONWEALTH OF PENNSYLVANIA,** *et al.*, | : : : : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of April, 2023, upon consideration of the report (Doc. 9) issued by Magistrate Judge Joseph F. Saporito, Jr., as well as plaintiff's objections (Docs. 11, 12, 13) thereto, and plaintiff's motions (Docs. 10, 17) seeking appointment of counsel and issuance of subpoenas, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The report (Doc. 9) is ADOPTED in full.

2. Plaintiff's complaint (Doc. 1) is DISMISSED with prejudice.

3. Plaintiff's motions (Docs. 10, 17) seeking appointment of counsel and issuance of subpoenas are DENIED as moot.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

5. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania